| UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN | EX PARTE PETITION AND ORDER TO SHOW CAUSE JUROR | CASE NUMBER: 1:25-MC-16 |
|---|---|---|

Court Address:   110 Michigan Street NW, 399 Federal Building, Grand Rapids, MI 49503    Jury Administration Office:  (616) 456-2383

**IN THE MATTER OF JUROR MISCONDUCT**

**RE: CARSON LYNES CONRAD**                          Participant # __101200051__

### EX PARTE PETITION

1. The above-named individual was randomly selected for federal jury service and was summoned to appear in Grand Rapids, Michigan, on 7/8/2024, 11/12/2024, and 1/28/2025.

2. Upon information and belief, the above-named individual engaged in one or more of the following acts:

   a.     failed to answer the questionnaire provided for in 28 U.S.C. § 1866(g)
   b.  X  failed to appear for jury service at the time and place notified without being excused
   c.     refused to take an oath or affirmation
   d.     refused to answer questions pertaining to juror qualifications
   e.     failed to attend court as directed by the judge presiding over the jury trial
   f.     acted or omitted to act with the design to subvert the jury process
   g.     other_____.

3. The Jury Administrator requests the court issue an Order to Show Cause why **CARSON LYNES CONRAD** should not be held in contempt pursuant to 28 U.S.C. § 1866(g) for one or more acts listed above.

I declare that the above statements are true to the best of my information, knowledge, and belief.

__1/30/2025__                                              _[signature]_
Date                                                         Jury Administrator

### ORDER TO SHOW CAUSE

**TO: CARSON LYNES CONRAD, 404 Meguzee Pt., Elk Rapids, MI 49629-9598**

You are ordered to appear on **MARCH 10, 2025** at **11:00 a.m.** before the Honorable Phillip J. Green, 110 Michigan St. NW, Courtroom 499, Grand Rapids, Michigan, to show cause why you should not be held in contempt of court. **FAILURE TO APPEAR FOR THIS HEARING WILL RESULT IN A BENCH WARRANT BEING ISSUED.**

**IT IS SO ORDERED.**

__1/30/2025__                                        /s Phillip J. Green
Date                                                     United States Magistrate Judge

---

I certify, that on this date, I served a copy of this ex parte petition and order on the above identified juror by first-class regular and certified mail to the verified last known address shown above.

Date:_____                     _____
                                                   Signature